# McNair Law Firm, P.A.
ATTORNEYS AND COUNSELORS AT LAW

www.mcnair.net

TWO FIRST UNION CENTER
301 SOUTH TRYON STREET, SUITE 1615
CHARLOTTE, NORTH CAROLINA 28282

TELEPHONE (704)347-1170
FACSIMILE (704)347-4467

FILED
CHARLOTTE, N.C.

01 JUN -4 PM 3: 45

U.S. DISTRICT COURT
W. DIST. OF N.C.

April 17, 2001

Honorable H. Brent McKnight
Charles R. Jonas Federal Bldg., Room 230
401 West Trade Street, Room 168
Charlotte, North Carolina 28202

Re: Daniel E. Monahan v. Duke Energy Corporation, et al.
File No. 3:00-CV-167-MCK

Dear Judge McKnight:

Thank you for the opportunity to serve in this matter.

The case was mediated on Monday, April 16, 2001 here at the McNair Law Firm in Charlotte. Counsel and persons with authority to settle the case were present.

After a three hour mediation, the parties were able to resolve this matter. I am pleased that I could negotiate this case off of your calendar.

Best wishes,

McNair Law Firm, P.A.

Chase B. Saunders
For the Firm

CBS:ro

cc: Jill Stricklin Cox, Esq.
Ray Radokovich, Esq.